In the Matter of the Application of William H. Lutz, etc., Petitioner, against George V. McLaughlin, as Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed, and determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Anna E. Zacpal and Another, Respondents, v. Daniel Reeves, Inc., Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Abby Hyde, Respondent, v. Maison Hortense, Inc., and Edna Turpin, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 399.]

George Hyde, Respondent, v. Maison Hortense, Inc., and Edna Turpin, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 399.]

William E. Annin, Jr., and Another, Respondents, Appellants, v. Anne F. Moehlenpah, Appellant, Respondent.— Judgment affirmed, without costs of this appeal to either party as against the other. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Catherine M. Lobel, Appellant, v. Charles Lobel, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Pauline Stark, Appellant, v. Samuel Stark, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Samuel Krengel, Appellant, v. James J. Walker, as Mayor of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Hazelle Chambers, Appellant, v. John Joseph Nutt, Respondent.— Order reversed, with ten dollars costs and disbursements, and the motion granted as to items 1, 2, 6 and 7, contained in Schedule A attached to the notice of motion. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Musa-Hartzell Company, Inc., Appellant, v. Harry J. Kane, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Olaf Caspersen, Judgment Creditor, Respondent, v. La Sala Bros., Inc., and Others, Judgment Debtors. Dominico La Sala, Third Party, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents in part, on the ground that the order should be modified by limiting the scope of the examination to property of the judgment debtor in possession of the third party and indebtedness from the third party to the judgment debtor. The date for the examination to proceed to be fixed in the order. Settle order on notice.